UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT STATUTE
AND SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/
NO. 08-80421-CV-MARRA/JOHNSON

JOHN DOE 1 *et al.*,
               Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
               Defendants.
_____/
NO. 08-80480-CV-MARRA/JOHNSON

JUAN/JUANA DOES 1-619,
               Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
               Defendants.
_____/
NO. 08-80508-CV-MARRA/JOHNSON

JOSE LEONARDO LOPEZ VALENCIA *et al.*
               Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
               Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY AND INCORPORATED SECOND NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S CONSOLIDATED MOTION TO DISMISS THE COMPLAINTS**

Plaintiffs seek leave to file the incorporated notice of the decision in *Abdullahi v. Pfizer, Inc.*, --- F.3d ----, Nos. 05-cv-4863, 05-cv-6768, 2009 WL 214649 (2d Cir. Jan. 30, 2009) (attached hereto as Ex. A) that was issued after the close of briefing on Defendant Chiquita's motion to dismiss in this action.

*Abdullahi* applied the Supreme Court's standard in *Sosa v. Alvarez-Machain*, 542 U.S. 692 (2004), and conducted a detailed analysis of the sources courts are to rely on in assessing whether a norm is actionable under the Alien Tort Statute, 28 U.S.C. § 1350 ("ATS"). 2009 WL 214649 at *6-8; *accord* Plaintiffs' Memorandum in Opposition to Consolidated Motion to Dismiss the Amended Complaint at 14-18, Dkt. 111 (Aug. 19, 2008) (Pls.' Opp.).[1] The Court considered a variety of sources to determine whether the norm at issue in that case, the prohibition against medical experimentation on non-consenting human subjects, is sufficiently universal, specific, and obligatory to be actionable under the ATS.

Had this opinion been issued before the close of briefing, Plaintiffs would have cited to it in their opposition because *Abdullahi's* analysis and the sources it considered support Plaintiffs' evaluation of customary international law and reject a number of the arguments raised by Defendant Chiquita. At the outset, the Second Circuit reaffirmed that customary international law is drawn from multiple sources, as Plaintiffs described in their brief. 2009 WL 214649 at *9-17; *accord* Pls.' Opp. at 17-18.

In addition, *Abdullahi* affirmed that "[a]greements that are not self-executing or that have not been executed by federal legislation, including the ICCPR [International Convention on Civil and Political Rights], are appropriately considered evidence of the current state of customary

---

[1]  *Abdullahi*, 2009 WL 214649 at *4, also considered the Second Circuit's landmark ATS precedents in *Filartiga v. Pena-Irala*, 630 F.2d 876 (2d Cir. 1980); *Kadic v. Karadzic*, 70 F.3d 232, 239 (2d Cir. 1995); *Flores v. Southern Peru Copper Corp.*, 414 F.3d 233 (2d Cir. 2003), all of which are heavily cited by Defendant in the present case.

1

international law." *Id.* at \*8; *accord* Pls.' Opp. at 16-18, 32.  Contrary to Defendant's assertions that treaties must be self-executing to support an ATS claim, Defendant's Memorandum in Support of the Consolidated Motion to Dismiss the Amended Complaint at 23-25, Dkt. 93 (July 11, 2008), this supports Plaintiffs' reference to the ICCPR and no fewer than 22 other international and regional treaties. *Accord* Pls.' Opp. at 24-26.

*Abdullahi* also confirmed that ATS plaintiffs need only show that the alleged conduct violates international law in order to meet the requisite specificity for ATS claims.  2009 WL 214649 at \*15.  Uncertainty at the margin of a norm is irrelevant where the conduct is at the core of the norm.  *Id.*; *accord* Pls.' Opp. at 16.

Dated: February 18, 2009

                                      Respectfully Submitted,

                                        /s/ John DeLeon
John DeLeon, Fl. Bar No. 650390
jdeleon@chavez-deleon.com
**Law Offices of Chavez-DeLeon**
5975 Sunset Drive, Suite 605
South Miami, FL   33143
Tel:    305/ 740-5347
Fax:   305/ 740-5348

Agnieszka M. Fryszman
Benjamin D. Brown
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964
Tel:  202/408-4600
Fax:  202/408-4634

Paul L. Hoffman
**Schonburn, Desimone, Seplow,
 Harris & Hoffman LLP**

2

723 Ocean Front Walk
Venice, CA  90210
Tel:  310/ 396-0731
Fax:  310/ 399-7040

Judith Brown Chomsky
**Law Offices of Judith Brown Chomsky**
Post Office Box 29726
Elkins Park, PA  19027
Tel:  215/ 782-8367
Fax:  202/ 782-8368

Arturo Carrillo
**Colombian Institute of International Law**
5425 Connecticut Ave., N.W., #219
Washington, D.C.  20015
Tel:  202/ 365-7260

Richard Herz
Marco Simons
**Earthrights International**
1612 K Street N.W., Suite 401
Washington, D.C.  20006
Tel:  202/466-5188
Fax:  202/466-5189

*Counsel for John Doe Plaintiffs*

Jonathan C. Reiter
E-Mail:  jcrlaw@hotmail.com
**Law Firm of Jonathan C. Reiter**
350 Fifth Avenue, Suite 2811
New York, New York 10118
Tel:  212-736-0979
Fax:  212-268-5297

Ronald S. Guralnick,  Fl. Bar No. 111476
E-Mail:  rgacquit@bellsouth.net
**Ronald Guralnick, P.A.**
Bank of America Tower at International Place
100 S.E. 2d Street, Suite 3300
Miami, Florida 33131
Tel:  305-373-0066
Fax:  305-373-1387

*Counsel for Plaintiffs Juan/Juana Does 1-619*

3

James K. Green, Fl. Bar No. 229466
jameskgreen@bellsouth.net
**James K. Green, P.A.**
Esperanté, Suite 1650
222 Lakeview Ave.
West Palm Beach, FL  33401
Tel:  561/659-2029
Fax:  561/655-1357

Jack Scarola, Fl. Bar No. 169440
jsc@searcylaw.com
Wiliam B. King, FL. Bar No. 181773
wbk@searceylaw.com
David Sales
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL  33402
Tel:  561/686-6300
Fax:  561/478-0754

*Counsel for Plaintiffs Jose Leonardo Lopez Valencia, et al.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing documents Plaintiffs' Motion for Leave to File Second Notice of Supplemental Authority and Incorporated Second Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Defendant's Consolidated Motion to Dismiss the Complaints, and accompanying Exhibit A are to be electronically filed with the Clerk of the Court using CM/ECF on this 18th day of February, 2009.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

 /s/ John DeLeon_____
John DeLeon, Fl. Bar No. 650390
jdeleon@chavez-deleon.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT STATUTE
AND SHAREHOLDER DERIVATIVE LITIGATION
_____/

## SERVICE LIST

| | |
|---|---|
| Christopher Stephen Rapp<br>Fla Bar No. 095596   csrapp@jones-foster.com<br>Sidney Alton Stubbs, Jr.<br>Fla. Bar No. 095596<br>Robert William Wilkins<br>rwilkins@jones-foster.com<br>**Jones Foster Johnson & Stubbs,. P.A.**<br>505 S. Flagler Drive, Suite 1100<br>West Palm Beach, FL  33401<br>Tel:  561-659-3000<br>Fax:  561-650-0490 | Gregg H. Levy   glevy@cov.com<br>John E. Hall  jhall@cov.com<br>Jenny R. Mosier   jmosier@cov.com<br>Fuad Rana   frana@cov.com<br>**Covington & Burling**<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004-2401<br>Tel:  202- 662-6000<br>Fax:  202-662-6291 |
| Jonathan M. Sperling<br>jsperling@cov.com<br>**Covington & Burling**<br>620 Eighth Ave.<br>New York, NY  10018<br>Tel:  (212) 841-1000 | |
| *Chiquita Brands International, Inc., Chiquita Fresh North America LLC,<br>and Fernando Aguirre* ||

| | |
|---|---|
| Joseph Da. DeMaria<br>jad@tewlaw.com<br>Matias r. Dorta mrd@tewlaw.com<br>**Tew Cardenas LLP**<br>Four Seasons Tower<br>15th Floor<br>1441 Brickell Ave.<br>Miami, FL  33131-3407<br>Tel: 305-536-1112<br>Fax:  305-536-1116 | William G. McGuinness<br>William.mcguinness@friedfrank.com<br>David B. Hennes  david.hennes@friedfrank.com<br>Rachel L. Braunstein<br>Rachel.braunstein@friedfrank.com<br>Dianna W. Lam<br>Dianna.lamb@friedfrank.com<br>**Fried, Frank, Harris, Shriver & Jacobson LLP**<br>One New York Plaza<br>New York, NY  10004 |

| | Tel: 212-859-8000 |
| | Fax: 212-859-4000 |
| *Special Litigation Committee of the Board of Directors of Chiquita Brands International, Inc.* ||

| | |
|---|---|
| Alan G. Greer  Fla. Bar No. 123294 <br> agreer@richmangreer.com <br> Mark A. Romance  Fla. Bar No. 021520 <br> mromance@richmangreer.om <br> **Richman Greer, P.A.** <br> Miami Center, Suite 1000 <br> 201 South Biscayne Blvd. <br> Miami, FL  33131 <br> Tel:  305-373-4000 <br> Fax:  305- 373-4099 <br><br> ***Howard W. Barker, Jr. and Clare M. Hasler*** | Eli R. Mattioli   emattioli@thelen.com <br> **Thelen Reid Brown Raysman & Steiner LLP** <br> 875 Third Avenue <br> New York, NY 10022 <br> Tel:  212-603-2504 <br> Fax:  212-603-2001 <br><br><br><br> ***John W. Braukman, III*** |

| | |
|---|---|
| Paul Jeffrey Geller <br> pgeller@csgrr.com <br> David J. George <br> dgeorge@csgrr.com <br> **Coughlin Stoia Geller Rudman & Robbins LLP** <br> 120 E Palmetto Park Road, Suite 500 <br> Boca Raton, FL 33432 <br> 561-750-3000 <br> 561-750-3364 (fax) | Patrick J. Coughlin <br> Mary K. Blasy   maryb@csgrr.com <br> Amber L. Eck   ambere@csgrr.com <br> Arthur Leahy    artl@csgrr.com <br> Julie K. Wilber    jwilber@csgrr.com **Coughlin Stoia Geller Rudman & Robbins LLP** <br> 655 W Broadway, Suite 1900 <br> San Diego, CA 92101 <br> Tel:  619-231-1058 <br> Fax:  619-231-7423 |
| **Roger M. Adelman** <br> radelman@erols.com <br> 1100 Connecticut Avenue N.W., <br> Suite 730 <br> Washington, DC 20036 <br> Tel:  202-822-0600 <br> Fax:  202-822-6722 | John P. Pierce <br> John.pierce@the piercelawgroup.com <br> **The Pierce Law Group** <br> 4641 Montgomery Ave., Suite 500 <br> Betheda, MD  20814 <br> Tel:  301-657-4433 <br> Fax:  301-657-1433 |
| *Hawaii Annuity Trust Fund for Operating Engineers* ||

| | |
|---|---|
| David J. George   Fla. Bar No. 0898570 | Daniel A. Casey |

| | |
|---|---|
| **Coughlin Stoia Geller Rudman & Robbins LLP**<br>120 E Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Tel: 561-750-3000<br>Fax: 561-750-3364 (fax)<br><br>Eric L. Zagar   ezagar@sbtklaw.com<br>Robin Winchester<br>rwinchester@sbtklaw.com<br>Alison K. Clark<br>**Barroway Topaz Kessler Meltzer & Check, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: 610-667-7706<br>Fax: 610-667-7056<br><br>*Henry Taylor* | Dan.casey@klgates.com<br>**Kirkpatrick & Lockhart Preston Gates Ellis LLP**<br>Wachovia Financial Center, Suite 3900<br>200 South Biscayne Blvd.<br>Miami, FL 33131-2399<br>Tel: 305-539-3324<br>Fax: 305-358-7095<br><br>Jeffrey B. Maletta<br>jeffrey.maletta@klgates.com<br>**Kirkpatrick & Lockhart Preston Gates Ellis LLP**<br>1601 K Street NW<br>Washington, DC 20006-1600<br>202-778-9000<br>202-778-9100 (fax)<br><br>*Morten Amtzen, Jeffrey D. Benjamin, Robert W. Risher, Durk I. Jager, Rohit Manocha, Jaime Serra, Steven P. Stanbrook, Gregory Thomas, William W. Verity, and Oliver Waddell* |

| | |
|---|---|
| Rene D. Harrod<br>rharrod@bergersingerman.com<br>**Berger Singerman, P.A.**<br>350 East Las Olas Blvd.<br>Suite 1000<br>Ft. Lauderdale, FL 33301<br>Tel: 954-525-9900<br>Fax: 954-523-2872 | Robert S. Litt<br>Robert_Litt@aporter.com<br>Elissa Preheim   elissa.preheim@porter.com<br>Brian D. Greer   Brian_Greer@aporter.com<br>**Arnold & Porter LLP**<br>555 Twelfth St., N.W.<br>Washington, D.C. 20004-1206<br>Tel: 202-942-5000<br>Fax: 202-942-5999 |
| *Cyrus F. Freidheim, Robert F. Kistinger, Warren J. Ligan, Carl H. Lindner, Keith E. Lindner, Robert W. Olson, James B. Riley, Fred J. Runk, William A. Tsacalis, Steven G. Warshaw, and Jeffrey M. Zalla* ||

| | |
|---|---|
| Robert M. Stern<br>rstern@omm.com<br>**O'Melveny & Myers**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Tel: 202-383-5328<br>Fax: 202-383-5414 | |

| | |
|---|---|
| *Roderick M. Hills* | |

| | |
|---|---|
| William K. Cavanagh<br>**Cavanagh & O'Hara**<br>407 E Adams Street<br>Springfield, IL 62701<br>Tel: 217-544-1771<br>Fax: 217-544-9894 | Jonathan W. Cuneo   JonC@cuneolaw.com<br>Michael G. Lenett<br>**Cuneo Gilbert & LaDuca LLP**<br>507 C Street NE<br>Washington, DC 20002<br>Tel: 202-789-3960<br>202-789-1813 (fax) |
| *Sheet Metal Workers Local #218 (S) Pension Fund* ||

| | |
|---|---|
| William J. Wichman<br>wjw@conradscherer.com<br>Fla. Bar No. 313270<br>**Conrad & Scherer, LLP**<br>633 South Federal Highway, 8th Floor<br>P.O. Box 14723<br>Fort Lauderdale, FL  33302<br>Tel: 954-462-5500<br>Fax: 954-463-9244<br><br>*Carrizosa, et al.*  **Case No. 07-cv-60821** | |

| | |
|---|---|
| Ronald Searle Guralnick<br>rgacquit@bellsouth.net<br>**Ronald S Guralnick P.A.**<br>100 SE 2nd Street, Suite 3300<br>Miami, FL 33131<br>Tel: 305-373-0066<br>Fax: 373-1387 | **Jonathan C. Reiter**<br>jcrlaw@hotmail.com<br>350 Fifth Avenue, Suite 2811<br>New York, NY 10118<br>Tel: 212-736-0979<br>Fax: 212-268-5297 |
| *Juan/Juana Does 1-619* ||

| | |
|---|---|
| **Judith Brown Chomsky**<br>jchomsky@igc.org<br>8120 New 2nd Street<br>Elkins Park, PA  19027<br>Tel: 215-782-8367<br>Fax: 215-782-8368 | Marco Simons<br>marco@earthrights.org<br>**Earth Rights International**<br>1612 K Street N.W., Suite 401<br>Washington, DC 20006<br>Tel: 202-466-5188<br>Fax: 202-466-5189 |

| *Jane Doe #1* | *Jane Doe #1* |
|---|---|
| Terry Collingsworth<br>tc@iradvocates.org<br>**Conrad & Scherer**<br>731 8th St., S.E.<br>Washington, DC 20003<br>Tel:  202-543-5811<br>Fax:  202-347-4885 | **Paul David Wolf**  paulwolf@icdc.com<br>PO Box 11244<br>Washington, DC 20008-1244<br>Tel:  202-674-9653<br>Fax:  202-364-6188 |
| *Jane/John Does 1-144*<br>Case No. 9:08-cv-80465 ||

| Paul L. Hoffman<br>hoffpaul@aol.com<br>**Schonbrun, Desimone, Seplow, Harris<br>  & Hoffman LLP**<br>723 Ocean Front Walk<br>Venice, CA  90291<br>Tel:  310-396-0731<br>Fax:  310-399-7040 | **Judith Brown Chomsky**<br>jchomsky@igc.org<br>8120 New 2nd Street<br>Elkins Park, PA  19027<br>Tel:  215-782-8367<br>Fax:  215-782-8368 |
|---|---|
| Agnieszka M. Fryszman<br>afryszman@cohenmilstein.com<br>Benjamin D. Brown<br>bbrown@cohenmilstein.com<br>Maureen McOwen<br>mmowen@cohenmilstein.com<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave., N.W.<br>West Tower, Suite 500<br>Washington, D.C.  20005-3964<br>Tel:  202-408-4600<br>Fax:  202-408-4634<br><br>John DeLeon<br>jdeleon@chavez-deleon.com<br>**Law Offices of Chavez-Deleon**<br>5975 Sunset Dr., Suite 605<br>South Miami, FL  33143<br>Tel: 305-740-5347<br>Fax: 305-740-5348 | Arturo Carrillo<br>acarillo@law.gwu.edu<br>**Colombian Institute of International Law**<br>5425 Connecticut Ave., N.W., #219<br>Washington, D.C.  20015<br>Tel:  202-365-7260<br><br>Richard Herz   rick@earthrights.org<br>**Earth Rights International**<br>1612 K Street N.W., Suite 401<br>Washington, DC 20006<br>Tel:  202-466-5188<br>Fax:  202-466-5189 |
| *John Does 1-8*<br>Case No. 9:08-cv-80421 ||

| | |
|---|---|
| Stewart L. Cohen<br>scohen@cprlaw.com<br>Harry M. Roth   hroth@cprlaw.com<br>Jonathan A. Seidel<br>**Cohen Placitella & Roth PC**<br>Two Commerce Square Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel:  215-567-3500<br>Fax:  215-567-6019 | Brian D. Long   bdl@rigrodskylong.com<br>Seth D. Rigrodsky   sdr@rigrodskylong.com<br>**Rigrodsky & Long PA**<br>919 N Market Street,<br>Suite 980<br>Wilmington, DE 19801<br>Tel:  302-295-5310<br>Fax:  302-654-7530 |
| *City of Philadelphia Public Employees Retirement System* ||

| | |
|---|---|
| James K. Green  Fla. Bar No. 229466<br>jameskgreen@bellsouth.net<br>**James K. Green, P.A.**<br>Esperanté, Suite 1650<br>222 Lakeview Ave.<br>West Palm Beach, FL  33401<br>Tel: 561-659-2029<br>Fax: 561-655-1357 | Jack Scarola  Fla. Bar No. 169440<br>jsc@searcylaw.com<br>William B. King  Fla. Bar No. 181773<br>wbk@searceylw.com<br>**Searcy Denney Scarola Barnhart &**<br>  **Shipley, P.A.**<br>2139 Palm Beach Lakes Blvd.<br>P.O. Drawer 3626<br>West Palm Beach, FL  33402<br>Tel:  561-686-6300<br>Fax:  561-478-0754 |
| *Jose Leonard Lopez Valencia, et al.*<br>Case No. 09-cv-80508 ||

| | |
|---|---|
| Robert C. Josefsberg<br>Fla. Bar No. 040856<br>rjosefsberg@podhurst.com<br>Ramon A. Rasco   rrasco@podhurst.com<br>Fla Bar No. 0617334<br>**Podhurst Orseck, P.A.**<br>25 West Flagler St., Suite 800<br>Miami, FL  33130<br>Tel:  305-358-2800<br>Fax:  305-358-2382<br><br><br>Gregory P. Hansel   ghansel@preti.com<br>Jeffrey T. Edward   jedwards@preti.com<br>Carrie M.  Logan   clogan@preti.com<br>**Preti, Flaherty, Beliveau & Pachios LLP**<br>One City Center | Steven J. Steingard<br>ssteingard@kohnswift.com<br>Neil L. Glazer   nglazer@kohnswift.com<br>**Kohn, Swift & Graf, P.C.**<br>One South Broad St., Suite 2100<br>Philadelphia, PA  19107<br>Tel:  215-238-1700<br>Fax:  215-238-1968<br><br>Gary M. Osen   gmo@osen.us<br>Joshua D. Glatter  jdg@osen.us<br>Samuel Meirowitz   sm@osen.us<br>**Osen LLC**<br>700 Kinderkamack Road<br>Oradell, NJ  07649<br>Tel:  201-265-6400<br>Fax:  201-265-0303 |

| | |
|---|---|
| P.O. Box 9546<br>Portland, ME  04112-9546<br>Tel:  207-791-3000<br>Fax:  207-791-3111 | Beth J. Kushner<br>Bkushner@vonbriesen.com<br>**Von Briesen & Roper, S.C.**<br>411 East Wisconsin Ave., Suite 700<br>Milwaukee, WI  53202<br>Tel:  414-287-1373<br>Fax:  414-276-6281 |
| *Tania Julin, et al.*<br>Case No. 08-cv-20641 ||