UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC., ALIEN TORT STATUTE
AND SHAREHOLDER DERIVATIVE LITIGATION
_____/

This Document Relates To:
ATS ACTIONS
_____/
NO. 08-80421-CV-MARRA/JOHNSON

JOHN DOE 1 *et al.*,
                Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
                Defendants.
_____/
NO. 08-80480-CV-MARRA/JOHNSON

JUAN/JUANA DOES 1-619,
                Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
                Defendants.
_____/
NO. 08-80508-CV-MARRA/JOHNSON

JOSE LEONARDO LOPEZ VALENCIA *et al.*
                Plaintiffs,
   v.
CHIQUITA BRANDS INTERNATIONAL,
INC., *et al.*,
                Defendants.
_____/

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Notice of Second Supplemental Authority and Incorporated Second Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Defendant's Consolidated Motion to Dismiss the Complaints, it is on this 18th day of February, 2009 hereby ORDERED that said motion is GRANTED.

Hon. Kenneth A. Marra
United Stated District Judge