UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS
INTERNATIONAL, INC. ALIEN
TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_______________________________________/

This Document Relates to:

ATS ACTIONS

08-80421-CIV-MARRA
08-80465-CIV-MARRA
_______________________________________/

**NOTICE OF FILING**

COMES NOW the Plaintiffs, by and through the undersigned counsel, and hereby provide notice that the original Waiver of Service of Summons signed by Defendant Roderick Hills, has been filed with this Court.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 26th day of February 2013. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

Jack Scarola
Florida Bar No.: 169440
Primary E-mail: jsx@searcylaw.com
Secondary E-mail(s): jxl@searcylaw.com;
mep@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone:(561) 686-6300
Fax: (561) 383-9451
Attorney for Plaintiffs