**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**NO. 08-01916-MD-MARRA/JOHNSON**

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_______________________________________/

This Document Relates To:

ATS ACTIONS

08-80421-CIV-MARRA
08-80465-CIV-MARRA
_______________________________________/

**WAIVER OF SERVICE OF SUMMONS**

**TO:** **Jack Scarola** (on behalf of plaintiffs' counsel in the above-captioned actions)
**Searcy Denney Scarola Barnhart & Shipley, P.A.**
**2139 Palm Beach Lakes Boulevard**
**West Palm Beach, FL 33401**

I have received your request to waive service of a summons in the above-captioned actions along with a copy of the complaint in each action, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuits, the court's jurisdiction, and the venue of the actions, but that I waive any objections to the absence of a summons or of service.

I also understand that, in accordance with the Court's Order of November 13, 2012, I must file and serve an answer or a motion under Rule 12 within 60 days after the Eleventh Circuit completes its interlocutory review in the above-captioned actions. If I fail to do so, a default judgment will be entered against me.

Dated this 1st day of Febry, 2013.

Roderick M Hills

RODERICK HILLS [signature]

3125 CHAIN BRIDGE RD.

Address

WASH., D.C. 20016

City, State, Zip Code

RMHILLS@HILLSSTERN.COM

Email address

(202) 822-1610

Phone