# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## NO. 08-01916-MD-MARRA/JOHNSON

IN RE: CHIQUITA BRANDS INTERNATIONAL,
INC. ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____/

This Document Relates To:

ATS ACTIONS

      08-80421-CIV-MARRA
      08-80465-CIV-MARRA

_____/

## WAIVER OF SERVICE OF SUMMONS

**TO:**   **Jack Scarola (on behalf of plaintiffs' counsel in the above-captioned actions)**
       **Searcy Denney Scarola Barnhart & Shipley, P.A.**
       **2139 Palm Beach Lakes Boulevard**
       **West Palm Beach, FL 33401**

     I have received your request to waive service of a summons in the above-captioned

actions along with a copy of the complaint in each action, two copies of this waiver form, and a

prepaid means of returning one signed copy of the form to you.

     I agree to save the expense of serving a summons and complaint in this case.

     I understand that I will keep all defenses or objections to the lawsuits, the court's

jurisdiction, and the venue of the actions, but that I waive any objections to the absence of a

summons or of service.

     I also understand that, in accordance with the Court's Order of November 13, 2012, I

must file and serve an answer or a motion under Rule 12 within 60 days after the Eleventh

Circuit completes its interlocutory review in the above-captioned actions.  If I fail to do so, a

default judgment will be entered against me.

Dated this _5th_ day of _February_ , 2013.

_Robert W. Olson_
ROBERT OLSON [signature]

_4320 Drake Rd_
Address

_Cincinnati, OH 45243_
City, State, Zip Code

_robertwolson@gmail.com_
Email address

_513-271-5515_
Phone

2