UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.,
ALIEN TORT STATUTE AND
SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:

    ATS ACTIONS

    07-60821-CIV-MARRA
    08-80421-CIV-MARRA
    08-80508-CIV-MARRA

_____/

**CHIQUITA'S NOTICE OF NEWLY-DISCOVERED INFORMATION RELEVANT TO DEFENDANTS' PENDING MOTION TO DISMISS FOR *FORUM NON CONVENIENS***

Chiquita Brands International, Inc. and Chiquita Fresh North America LLC (collectively, "Chiquita") hereby submit this notice of newly-discovered information in support of Defendants' pending Motion to Dismiss for *Forum Non Conveniens* (D.E. 741). This information, which relates to the parties' attempts to take depositions in Colombia, is relevant to Chiquita's argument that obtaining "access to key evidence" "would be substantially more difficult—perhaps impossible—. . . if Plaintiffs' claims were litigated in the United States rather than in Colombia." (Mot. to Dismiss at 28 (D.E. 741); *see also id.* at 29-30; Reply in Supp. Mot. to Dismiss at 20 (D.E. 899).)

On April 28, 2015, this Court issued letters rogatory for the deposition of three purported paramilitary witnesses in Colombia, including José Gregorio Mangones Lugo and Freddy Rendón Herrera. (D.E. 790, 791.)

On August 29, 2016, Plaintiffs' counsel notified Chiquita's counsel that, "several months ago," they received a "package of papers" from the Colombian government "remitting" the

letters rogatory requests and that "the purpose of the remission was to conclude the Colombian authorities' participation in arranging the depositions pursuant to the letters." (Ex. A to the Declaration of John E. Hall (email from Plaintiffs' counsel to Defendants' counsel).) A copy of the documents sent by the Colombian government to Plaintiffs' counsel, along with a certified translation to English, is attached. (*See* Exhibits B through D to the Declaration of John E. Hall.)

One of the documents sent by the Colombian government states that the letter rogatory for the deposition of José Gregorio Mangones Lugo (whom Plaintiffs consider "a central figure in this case" (D.E. 688, at 2)) was "return[ed] . . . without action" on the ground that Mr. Mangones "refused to attend the examination scheduled . . . on October 22, 2015." (Ex. B, at 4.)

Another document indicates that the letter rogatory relating to paramilitary Freddy Rendón Herrera, who "did not appear at his scheduled deposition" (Ex. A), was returned to Plaintiffs' counsel because Mr. Rendón had moved from Itagüí, Colombia to Medellín, Colombia and thus was outside the geographic jurisdiction of the court to which the matter was originally assigned. (Ex. C, at 3-4.)

Defendants are filing this notice only now because, although the letters to Plaintiffs' counsel are dated October 27 and November 11, 2015, respectively, plaintiffs did not notify Defendants about these documents until August 29, 2016. Chiquita had no knowledge of these documents until then. (Decl. of John E. Hall ¶ 3.) Had this evidence been available when Chiquita filed its briefs, Chiquita would have cited it on pages 29-30 of Defendants' Motion to Dismiss for *Forum Non Conveniens* (D.E. 741) and on pages 1 and 20 of the Reply in support of that motion (D.E. 899).

Dated: September 13, 2016         Respectfully submitted,

| | |
|---|---|
| John E. Hall | /s/ Robert W. Wilkins |
| Mark W. Mosier | Sidney A. Stubbs (Fla. Bar No. 095596) |
| Shankar Duraiswamy | sstubbs@jonesfoster.com |
| José E. Arvelo | Robert W. Wilkins (Fla. Bar No. 578721) |
| COVINGTON & BURLING LLP | rwilkins@jonesfoster.com |
| One CityCenter | James C. Gavigan, Jr. (Fla. Bar No. 0085909) |
| 850 Tenth Street NW | jgavigan@jonesfoster.com |
| Washington, D.C. 20001 | JONES, FOSTER, JOHNSTON & STUBBS, P.A. |
| Telephone: (202) 662-6000 | 505 South Flagler Drive, Suite 1100 |
| Facsimile: (202) 662-6291 | West Palm Beach, Florida 33401 |
| | Telephone: (561) 659-3000 |
| | Facsimile: (561) 650-5300 |
| Jonathan M. Sperling | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY 10018 | |
| Telephone: (212) 841-1000 | *Counsel for Chiquita Brands International, Inc.* |
| Facsimile: (212) 841-1010 | *and Chiquita Fresh North America, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 13th day of September, 2016.  I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF, and in accordance with the Court's First Case Management Order ("CMO") and the June 10, 2008 Joint Counsel List filed in accordance with the CMO.

By: /s/ Robert W. Wilkins
Fla. Bar No. 578721